412

**Abel HIDALGO, Plaintiff–Appellant,**

v.

**BLOOMINGDALE'S, Defendant–
Appellee.**

No. 02–7866.

United States Court of Appeals,
Second Circuit.

May 15, 2003.

Abel Hidalgo, Long Island City, NY, for
Appellant, pro se.

Nathan L. Kaitz, Morgan, Brown & Joy,
LLP, Boston, MA, for Appellee.

PRESENT: MESKILL, JACOBS, and
SOTOMAYOR, Circuit Judges.

*SUMMARY ORDER*

THIS SUMMARY ORDER WILL NOT
BE PUBLISHED IN THE FEDERAL
REPORTER AND MAY NOT BE CITED
AS PRECEDENTIAL AUTHORITY TO
THIS OR ANY OTHER COURT, BUT
MAY BE CALLED TO THE ATTEN-
TION OF THIS OR ANY OTHER
COURT IN A SUBSEQUENT STAGE
OF THIS CASE, IN A RELATED CASE,
OR IN ANY CASE FOR PURPOSES OF
COLLATERAL ESTOPPEL OR RES
JUDICATA.

At a stated term of the United States
Court of Appeals for the Second Circuit,
held at the United States Courthouse, Fo-
ley Square, in the City of New York, on
the 15th day of May, two thousand and
three.

UPON DUE CONSIDERATION, IT IS
HEREBY ORDERED, ADJUDGED
AND DECREED that the judgment of the
district court be, and it hereby is, AF-
FIRMED.

Plaintiff–Appellant Abel Hidalgo appeals
two orders of the United States District
Court for the Southern District of New
York (Patterson, *J.*), granting summary
judgment to Hidalgo's employer, Defen-
dant–Appellee Bloomingdale's. In an Oc-
tober 15, 2001 opinion and order, the dis-
trict court dismissed Hidalgo's claims
brought under Title VII of the 1964 Civil
Rights Act and the Age Discrimination in
Employment Act of 1967, on the ground
that Hidalgo did not establish that he had
suffered an adverse employment action.
In a July 9, 2002 opinion and order, the
district court granted Bloomingdale's sum-
mary judgment motion on Hidalgo's claim
under the Americans With Disabilities Act.
The court concluded that Hidalgo failed to
establish a *prima facie* case of discrimina-
tion under the ADA, and that Hidalgo's
contention that he should have been em-
ployed in different jobs at Bloomingdale's
was baseless.

We affirm for substantially the reasons
stated in Judge Patterson's two thorough
opinions.

For the foregoing reasons, the judgment
of the district court is hereby AF-
FIRMED.